## IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE

ESTATE OF:   JOEL DAVID PAAVOLA

)
) 2018 JUL 12 PM 2:47
) No. 7-16-18
) FILED FOR ENTRY P9837

### ORDER APPOINTING ADMINISTRATOR

This cause came on to be heard this _16_ day of _July_, 2018, before Elaine B. Beeler, Clerk & Master, upon the petition of Lana Marcelle Paavola to be appointed Administrator of the Estate of Joel David Paavola, deceased.

It appearing to the Court that petitioner is a resident of Tennessee, over the age of eighteen years, and the wife of said decedent.

It further appearing to the court that the usual place of domicile and residence of the deceased at the time of his/her death was Williamson County, Tennessee; and that he/she died in this county on June 4, 2018, at the age of 46.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Lana Marcelle Paavola be appointed Administrator of the Estate of Joel David Paavola, and that Letters of Administration be issued. Bond is set in the amount of $ 50,000.00.

This _16_ day _July_ of, 2018.

_____
ELAINE B. BEELER
CLERK & MASTER

EXHIBIT
A