

# Court Services and Offender Supervision Agency
## for the District of Columbia
*Office of the General Counsel*

April 22, 2019

Attorney Gideon Cooper
Gideon, Cooper & Essary
315 Deaderick Street, Suite 1100
Nashville, TN 37238

Re:  Claim of Estate of Paavola, CSOSA Case #2019352

Dear Mr. Cooper:

I am writing to advise you of the Agency's determination of the claim you filed on behalf of your client, Lana M. Paavola and the Estate of Joel D. Paavola, pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671, et seq. Upon careful consideration of your claim, the various supporting documents you have provided the Agency, and the prevailing law, we have determined that your claim is denied because there is no evidence to suggest your client experienced a compensable loss as the result of negligence on the part of any Court Services and Supervision Agency or Pretrial Services Agency employee.

Since the Agency has denied your claim, you have the right to file a lawsuit in the appropriate United States District Court. You must do so no later than six (6) months after the date of the mailing of this notification. You may also seek reconsideration of the Agency's decision any time prior to the end of the six-month period during which you may file an action in court.

The point of contact for this response is Assistant General Counsel Kwadwo Kankam. I may be reached at 202.220.5352 or by e-mail at Kwadwo.Kankam@csosa.gov.

Sincerely,

_____/s/_____
Kwadwo Kankam
Assistant General Counsel

*800 North Capitol Street, 7th Floor, Washington, DC  20002*
*Voice:  (202) 220-5355   Fax:  (202) 442-1963*


EXHIBIT B

## CERTIFICATE OF SERVICE

I certify that the foregoing FTCA denial letter was sent via the below means on this 22nd day of April 2019, to the following:

> Gideon, Cooper, & Essary, PLC
> 315 Deaderick Street, Suite 1100
> Nashville, TN 37238
>
> CJ@GideonCooper.com
> Blake@GideonCooper.com
>
> Counsel for Plaintiffs.
>
> _____/s/_____
> Kwadwo Kankam, Esq.
> Marvelle Butler, Esq.
> Tiffany Butler, Esq.
>
> Agency Representatives