**GOVERNMENT OF THE DISTRICT OF COLUMBIA** 
**OFFICE OF RISK MANAGEMENT**

**Jed Ross**
**Chief Risk Officer**

October 10, 2018

RECEIVED
OCT 12 2018

Gideon, Cooper & Essary
315 Deaderick Street, Suite 1100
Nashville, TN 37238

| | |
|---|---|
| **Your Client:** | Lana M. Paavola on behalf of the Estate of Joel D. Paavola |
| **Date & Time of Loss:** | 6/4/2018 |
| **Our Claim Number:** | GL-18-00811 |
| **Location of Loss:** | 5133 Harding Pike, Nashville, TN 37205 |
| **Description of Loss:** | Negligence and Recklessness |

Dear C. J. Gideon, Jr. and/or J. Blake Carter:

This will acknowledge receipt of your correspondence notifying our office of a claim against the District of Columbia. This claim has been assigned to Claims Specialist LaShonda Wright who can be reached at 202-724-6576 or lashonda.wright@dc.gov for investigating and processing. The assigned Claim Number **GL-18-00811**.

An inquiry will be submitted to the involved agency seeking any/all information that they have regarding this incident. The involved agency will be given a minimum of thirty (30) days to respond to our request. Please wait at least forty-five (45) days after receipt of this letter before reaching out to the assigned Claim Specialist for a status of your claim.

**If you have not already done so,** please send the following information to expedite the claims process:
- Your client's complete index information
- Photographs of the incident scene, damaged property, and/or injuries
- Any and all medical records and bills if claiming injury
- Police Reports and/or any and all documents which may bear on the validity or amount of this claim (proof of expenses, invoice, estimates, receipts, etc.)

This letter does not waive the District of Columbia's right to timely and complete notice within six months of the incident as required by D.C. Code Section 12-309.

Very truly yours,
*[signature]*
DCORM Tort Liability Division

"WARNING: It is a crime to provide false or misleading information to the District of Columbia Government, or to any department or agency thereof, regarding any claim upon or against the District of Columbia, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent. Such an act is subject to imprisonment of not more than one year and a fine of not more than $100,000 for each violation".

---

441 Fourth Street, NW, Suite 800 South | Washington, DC 20001 | Tel: (202) 727-8600 | http://orm.dc.gov/
WE ARE
DC

