IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LANA M. PAAVOLA, individually, and as Administrator of the ESTATE OF JOEL D. PAAVOLA, deceased )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>HOPE VILLAGE, INC.,  )<br><br>Defendants.  ) | Civil Action No.: 1:19-cv-01608<br>Judge John D. Bates<br><br>Jury Demand |

### MEMORANDUM OF POINTS AND AUTHORITY IN SUPPORT OF THE PARTIES' JOINT MOTION FOR PROTECTIVE ORDER AND FOR AN ORDER AUTHORIZING THE UNITED STATES MARSHALS SERVICE TO DISCLOSE CONFIDENTIAL DOCUMENTS

Plaintiffs and Defendant respectfully submit this memorandum of points and authorities in support of their Joint Motion for Protective Order and For An Order Authorizing the United States Marshals Service to Disclose Confidential Documents. Pursuant to Fed. R. Civ. P. 26(c), upon a showing of good cause, the Court may enter a protective order governing discovery. There is good cause to enter the protective order.

The documents requested by Plaintiffs include information protected by the Privacy Act, disclosure of which requires a court order.[1] Information about Mr. Micheli's absconsion and the whereabouts following his absconsion is relevant to Plaintiffs' claim that appropriate notification of Mr. Micheli's absconsion was not made by the Defendant.

---

[1] 5 U.S.C. § 552a(b)(11).

Respectfully submitted,

/s/ Natalie M. Gideon
C.J. Gideon, Jr., Bar No. TN0017
J. Blake Carter, Bar No. TN0016
Natalie M. Gideon, Bar No. 1670872
315 Deaderick Street, Suite 1100
Nashville, TN 37238
(615) 254-0400
Email: natalie@getclawfirm.com

*Counsel for Plaintiffs*

/s/ Jeanett P. Henry
Jeanett P. Henry, Bar No. 411052
8403 Colesville Road, Suite 1100
Silver Spring, MD 20910
(301) 562-1340
Email: jhenry2085@aol.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been delivered via email on this 8th day of March, 2021 to the following:

Robert A. Caplen
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, DC 20530
202-252-2523
Robert.caplen@usdoj.gov

*and via ECF to:*

Jeanett P. Henry
8403 Colesville Road, Suite 1100
Silver Spring, MD 20910
(301) 562-1340
Email: jhenry2085@aol.com

/s/Natalie M. Gideon
**Natalie M. Gideon**