IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LANA M. PAAVOLA, individually, and as Administrator of the ESTATE OF JOEL D. PAAVOLA, deceased**<br><br>Plaintiffs,<br><br>v.<br><br>**HOPE VILLAGE, INC.,**<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.: 1:19-cv-01608<br>) Judge John D. Bates<br>)<br>) Jury Demand<br>)<br>)<br>)<br>)<br>) |

### THIRD AMENDED SCHEDULING ORDER

Upon consideration of the representations made at the status conference held on June 2, 2021, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern further proceedings:

1. All discovery, including any expert discovery, shall close on September 3, 2021.

2. Each side will be limited to a total of ten (10) fact depositions and to no more than twenty-five (25) interrogatories.

3. Motions for summary judgment shall be filed by not later than October 18, 2021. Oppositions thereto shall be filed by not later than November 22, 2021. Replies shall be filed by not later than December 27, 2021.

4. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.  In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or

narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3430 before filing a discovery motion, at which time the Court will make a determination as to the manner in which it will handle the discovery dispute.

**SO ORDERED.**

        /s/
JOHN D. BATES
United States District Judge

Dated: June 3, 2021